UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Broadcast Music, Inc., et al., )<br>)<br>)<br>Plaintiff(s) )<br>)<br>vs. )<br>)<br>Kerley, Inc., et al., )<br>)<br>)<br>Defendant(s) ) | Case No. 4:14cv00856 UNA |

**ORDER**

The above styled and numbered case was filed on May 5, 2014.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Northern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Nannette A. Baker, United States Magistrate Judge, under cause number 2:14cv00052. **IT IS FURTHER ORDERED** that cause number. 4:14cv00856 UNA be administratively closed.

Dated this 6th Day of May, 2014.        JAMES G. WOODWARD

                                        By:  /s/ Katie Spurgeon, Deputy in Charge

**Please note the new case number: 2:14cv00052 NAB.**